UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---------------------------------X

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | : | Case No.: 1:24-cv-2595 |
| *Petitioner*, | : | |
| v. | : | **DECLARATION OF KURT W. HANSSON IN SUPPORT OF NUFIC'S PETITION TO CONFIRM ARBITRATION AWARD** |
| VOICE TELE SERVICES INC., | : | |
| *Respondent*. | : | |

---------------------------------X

I, Kurt W. Hansson, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney and partner at the law firm of Paul Hastings LLP, attorneys for Petitioner National Union Fire Insurance Company of Pittsburgh, PA ("NUFIC") in the above-captioned action.

2. I submit this Declaration in support of NUFIC's Petition to Confirm and Enforce Arbitration Award (the "Petition").

3. I am familiar with the facts and circumstances of the agreements and underlying dispute between NUFIC and Voice Tele Services Inc. ("VTS") that culminated in the American Arbitration Association arbitration bearing Case No. 01-21-0016-0974 seated in New York City, New York (the "Arbitration"), as well as the final arbitral award issued in the Arbitration dated April 7, 2023 (the "Final Award").

4. Attached as Exhibit 1 is a true and correct copy of the Final Award.

5.      Attached as Exhibit 2 is a true and correct copy of the trade credit insurance policy (Policy No. 16483374-20) that NUFIC issued to VTS between July 1, 2020 and July 1, 2021.

6.      Attached as Exhibit 3 is a true and correct copy of the joint letter from NUFIC and VTS to the AAA dated September 2, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 5, 2024
      New York, New York

/s/ *Kurt W. Hansson*
Kurt W. Hansson
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 318-6000
Fax: (212) 319-4090
kurthansson@paulhastings.com

*Attorney for Petitioner*
*National Union Fire Insurance Company of Pittsburgh, PA*