# EXHIBIT 3



**Ryan K. Cummings**
Partner
Direct Dial: 716.848.1665
Direct Facsimile: 716.819.4706
rcumming@hodgsonruss.com

September 2, 2021

<u>Via E-Mail</u>

Lisa Romeo
Director of ADR Services
American Arbitration Association
200 State Street, 7th Floor
Boston, MA 02109

Dear Ms. Romeo:

   Re: *Voice Tele Services, Inc. v. National Union Fire Ins. Co. of Pitt. PA,*
      <u>AAA Claim No. 01-21-0016-0974</u>

  We are counsel to Claimant Voice Tele Services, Inc. Counsel for the Parties have conferred and have reached agreement as follows:

  1. **Arbitration Seat and Location of Hearings**: Both the legal seat and location for any hearings will be New York City.

  2. **Composition of the Tribunal**: The Parties will attempt in good faith to designate jointly a sole arbitrator by September 24, 2021. The Parties will exchange names of potential candidates for consideration. If the Parties fail to reach a consensus on a sole arbitrator by September 24, 2021, and do not otherwise mutually agree to extend the deadline, the Parties agree to constitute a three-member Tribunal in accordance with the Policy, with each party nominating one arbitrator and the two party-appointed arbitrators, in consultation with the parties, selecting a Chair.

  Please contact me if you have any questions.

            Respectfully submitted,

            Ryan K. Cummings



September 2, 2021
Page 2

RKC:slh

cc: Joseph Profaizer, Esq.
 Adam Weiss, Esq.
 Joseph Goldberg, Esq.
 (*all via email*)